NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOAO BOCK TRANSACTION SYSTEMS, LLC,**
*Plaintiff-Appellant,*

v.

**SLEEPY HOLLOW BANK and
JACK HENRY & ASSOCIATES, INC.,**
*Defendants-Appellees.*

---

2011-1211

---

Appeal from the United States District Court for the Southern District of New York in No. 03-CV-10199, Senior Judge Warren W. Eginton.

---

**JUDGMENT**

---

JOHN F. WARD, Ward & Olivo, of New York, New York, argued for the plaintiff-appellant. With him on the brief were MICHAEL G. GABRIEL; and FRANK J. CIANO, Goldberg Segalla, of White Plains, New York.

RUSSELL S. JONES, JR., Polsinelli Shughart, PC, of Kansas City, Missouri, argued for the defendants-appellees. With him on the brief was RICHARD P. STITT, of Overland Park, Kansas.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.  *See* Fed. Cir. R. 36.**

PER CURIAM (BRYSON, CLEVENGER AND, LINN, *Circuit Judges*).

ENTERED BY ORDER OF THE COURT

December 13, 2011

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk